UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. PEREZ, | CASE NO. CV 11-00761 R (RZ) |
| Petitioner, | |
| | JUDGMENT |
| vs. | |
| TIMOTHY BUSBY, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of MICHAEL E. PEREZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: August 9, 2011

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE